1 | MICHAEL C. PHILLIPS APC (Bar No. 48473)
LISA L. COPLEN (Bar No. 142726)
2 | ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
3 | 444 South Flower Street
Los Angeles, California 90071-2901
4 | TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594
mcp@amclaw.com
5 | llc@amclaw.com

6 | Attorneys for Defendant, WESTCHESTER
SURPLUS LINES INSURANCE COMPANY
7 | *erroneously sued as WESTCHESTER SURPLUS
LINES INSURANCE COMPANY also known as*
8 | *ACE WESTCHESTER SPECIALTY GROUP*

9

10 | **UNITED STATES DISTRICT COURT**

11 | **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

12

13 | RCMC, INC., also known as RAINBOW
CONSTRUCTION,
14 |                                                      Case No. C 06-00839-JSW

15 |                 Plaintiff,                           **STIPULATION IN SUPPORT OF
                                                          ADMINISTRATIVE MOTION TO**
        vs.                                               **CONSIDER WHETHER CASES SHOULD**
16 |                                                      **BE RELATED**
   WESTCHESTER SURPLUS LINES
17 | INSURANCE COMPANY also known as                     **(L.R. 3-12(b), 7-11)**
   ACE WESTCHESTER SPECIALTY
18 | GROUP, DOES 1 through 50, inclusive,                 *Filed concurrently with Administrative Motion
                                                          to Consider Whether Cases Should Be Related*
19 |                 Defendants.                          *and Proposed Order*

20

21 | **TO THIS HONORABLE COURT:**

22

23 |                              **RECITALS**

24 |       A.      Plaintiff RCMC, INC., also known as RAINBOW CONSTRUCTION ("RCMC")

25 | filed this action on December 14, 2005, in the California Superior Court for the County of

26 | Mendocino, Ukiah Branch, naming WESTCHESTER SURPLUS LINES INSURANCE

27 | COMPANY ("WESTCHESTER") (*erroneously sued as being also known as Ace Westchester*

28 | *Specialty Group*), as defendant. This Complaint alleges various causes of action arising out of

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

580327.1 5494.098                                                   C 06-00839-JSW

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1  WESTCHESTER's denial of a claim for insurance benefits relating to water damage sustained in a

2  building at the Mendocino College campus. RCMC was the general contractor who repaired the

3  water damage and contends that it is entitled to receipt of said benefits under the insurance policy

4  issued to Mendocino-Lake Community College District.

5       B.     On February 8, 2006, WESTCHESTER removed this lawsuit to the States District

6  Court for the Northern District of California based on diversity jurisdiction. The case now bears

7  case no. C 06-00839-JSW and has been assigned to Judge Jeffrey S. White in Department 2 of this

8  Court.

9       C.     On December 28, 2005, MENDOCINO-LAKE COMMUNITY COLLEGE

10  DISTRICT ("MENDOCINO") filed an action in the California Superior Court for the County of

11  Mendocino, Ukiah Branch, naming WESTCHESTER SURPLUS LINES INSURANCE

12  COMPANY ("WESTCHESTER") (*erroneously sued as being also known as Ace Westchester*

13  *Specialty Group*), as defendant. This Complaint also alleges various causes of action arising out

14  of Westchester's denial of the claim for insurance benefits relating to the water damage sustained

15  at Mendocino's property.

16       D.     On February 8, 2006, WESTCHESTER also removed this action, based on

17  diversity jurisdiction, to the United States District Court for the Northern District of California.

18  The case now bears case no. C 06-00840-WHA and has been assigned to Judge William Alsup in

19  Department 9 of this Court.

20       E.     The referenced actions concern substantially the same parties, property,

21  transactions and events. They both seek policy benefits, equitable relief and other damages based

22  on the common assertion that WESTCHESTER owes insurance coverage under the policy issued

23  to MENDOCINO for the water damage sustained at the school building. As a result, the factual

24  and legal issues concerning coverage will be the same in both cases.

25

26

27  / / /

28  / / /

STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD
BE RELATED

F.      If the cases are not related, this will result in a duplication of efforts by the parties and place an extra and unnecessary burden on the Court by requiring two judges to separately administer the separate but substantially similar matters.  Further, there is a risk of conflicting judicial determinations if the cases remain unrelated and proceed before two different District Court Judges.

## STIPULATION

Based on the above recitals, the parties who have appeared in this action, and in the MENDOCINO action, through their respective attorneys of record, hereby stipulate to the entry of an Order which deems Case No. C 06-00839-JSW and Case No. C 06-00840-WHA related and which requires the following administrative action:

1.      Case No. C 06-00839-JSW shall stand as the lead case.

2.      All further matters shall be filed under the caption for Case No. C 06-00839-JSW, with a notation stating that Case No. C 06-00840-WHA is related thereto.

DATED: February 21, 2006          RYAN STEINER & LEET

By: _____
    Jeffrey Ryan
Attorneys for Plaintiff, RCMC, INC. also known as
RAINBOW CONSTRUCTION

DATED: February ___, 2006          SCHOOL AND COLLEGE LEGAL SERVICES OF
                                   CALIFORNIA


By: _____
    Noel J. Shumway
    Arthur A. Wick
Attorneys for Plaintiff, MENDOCINO-LAKE
COMMUNITY COLLEGE DISTRICT

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

580327.1 5494.098

3

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

1   F.    If the cases are not related, this will result in a duplication of efforts by the parties

2   and place an extra and unnecessary burden on the Court by requiring two judges to separately

3   administer the separate but substantially similar matters.  Further, there is a risk of conflicting

4   judicial determinations if the cases remain unrelated and proceed before two different District

5   Court Judges.

6

7   **STIPULATION**

8       Based on the above recitals, the parties who have appeared in this action, and in the

9   MENDOCINO action, through their respective attorneys of record, hereby stipulate to the entry of

10  an Order which deems Case No. C 06-00839-JSW and Case No. C 06-00840-WHA related and

11  which requires the following administrative action:

12      1.    Case No. C 06-00839-JSW shall stand as the lead case.

13      2.    All further matters shall be filed under the caption for Case No. C 06-00839-JSW,

14  with a notation stating that Case No. C 06-00840-WHA is related thereto.

15

16  DATED: February ___, 2006            RYAN STEINER & LEET

17

18                                       By: _____
19                                           Jeffrey Ryan
                                             Attorneys for Plaintiff, RCMC, INC. also known as
20                                           RAINBOW CONSTRUCTION

21  DATED: February _23_, 2006           SCHOOL AND COLLEGE LEGAL SERVICES OF
22                                       CALIFORNIA

23

24                                       By: _____
25                                           Noel J. Shumway
                                             Arthur A. Wick
26                                           Attorneys for Plaintiff, MENDOCINO-LAKE
                                             COMMUNITY COLLEGE DISTRICT
27

28                                            3

1    DATED: February ___, 2006          ANDERSON, McPHARLIN & CONNERS LLP

2

3                                        By: _____

4                                            Michael C. Phillips APC
                                             Lisa L. Coplen
5                                        Attorneys for Defendant, WESTCHESTER SURPLUS
                                         LINES INSURANCE COMPANY *erroneously sued as*
6                                        *WESTCHESTER SURPLUS LINES INSURANCE*
                                         *COMPANY also known as ACE WESTCHESTER*
7                                        *SPECIALTY GROUP*

8

9

10          PURSUANT TO STIPULATION, IT IS SO ORDERED.

11
     Dated: _____February 24, 2006_____
12
                                         JUDGE OF THE UNITED STATES DISTRICT
13                                       COURT FOR THE NORTHERN DISTRICT OF
                                         CALIFORNIA
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

580327.1 5494.098

4

**STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES
SHOULD BE RELATED**

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is Thirty-First Floor, 444 South Flower Street, Los Angeles, California 90071-2901.

On February 23, 2006, I served the following document(s) described as **STIPULATION IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Noel J. Shumway                                          **Attorneys for Plaintiff in**
Arthur A. Wick                                              **Case No. C 06-0840 WHA**
School and College Legal Services of California   **Related Action**
5350 Skylane Boulevard
Santa Rosa, CA 95403
Telephone: (707) 524-2690
Facsimile: (707) 578-0517

**BY MAIL:** I am "readily familiar" with Anderson, McPharlin & Conners' practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on February 23, 2006, at Los Angeles, California.

_____
Maryann Ortega

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

580327.1 5494.098