**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RCMC, Inc.,

     Plaintiff,                                    No. C 06-00839 JSW

  v.

Westchester Surplus Lines Insurance Company,                         **ORDER**

     Defendant.
_____/

     The Court has identified this action as one that appears suitable for reassignment to Magistrate Judge Nandor J. Vadas, whose courtroom is located in Eureka, California, for all future proceedings. Such reassignment has the potential to result in greater convenience to the parties and more expeditious disposition of the matter on the merits.

     The parties are directed to meet and confer regarding reassignment and to file, on or before March 31, 2006, a letter stating whether or not the parties request reassignment of this matter to Magistrate Judge Vadas. If the parties so request, the matter will be transferred. The parties will thereafter file written consent to the jurisdiction of a magistrate judge in the form requested by Magistrate Judge Vadas.

     **IT IS SO ORDERED.**

Dated: March 21, 2006

                                                              JEFFREY S. WHITE
                                                              UNITED STATES DISTRICT JUDGE