1 | Jeffrey Ryan. SBN129079
2 | Adam R. Bernstein, SBN 132982
    RYAN STEINER & LEET
    An Association of Attorneys
3 | 438 So. Murphy Ave.
    Sunnyvale, CA 94086
4 | 408.739.7391

5 | Attorneys for Plaintiff,
    RCMC, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RCMC, INC., also known as RAINBOW CONSTRUCTION, | Case No. C 06-00839 JSW (Related Case: C 06-00840 WHA) |
| Plaintiff, | **[PROPOSED] ORDER GRANTING THE REQUEST TO PLAINTIFF'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME** |
| vs. | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY, and DOES 1 through 20, inclusive, | Date: August 18, 2006 Time: 9:00 a.m. Courtroom: 2 Judge: The Hon. Jeffrey S. White |
| Defendants. | |

Having considered Plaintiff's Ex Parte Application for Order Shortening Time, including any opposition filed thereto, and good cause appearing, the Court hereby makes the following order:

(1) Westchester's Opposition to Plaintiff's Motion for Leave to File Third Amended Complaint, if any, shall be filed and served on or before July 14, 2006;

(2) There shall be no Reply; and

(3) The Court will decide the Motion on the papers, without oral argument.

---

**Order Granting the Request to Plaintiff's Ex Parte Application for Order Shortening Time**
RCMC v. WESTCHESTER                                           Case No. C 06-00839 JSW

1 | Alternatively, should the Court request oral argument after reviewing the papers, the oral
2 | argument shall be held on  July 28          , 2006. Such hearing, if deemed necessary,
3 |                                                      would be set by further Order of this
                                                         Court.
4 |
5 | IT IS SO ORDERED.
6 | Dated: July  7   , 2006                             By: _____
7 |                                                          Judge Jeffrey S. White

**Order Granting the Request to Plaintiff's Ex Parte Application for Order Shortening Time**
RCMC v. WESTCHESTER                                     Case No. C 06-00839 JSW